UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MILTON RAYMOND HINSON                          CIVIL ACTION

VERSUS                                         NO. 19-10076

MUHAMMAD IQBAL AHMED                           SECTION "E" (2)

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Findings and Recommendation, hereby **APPROVES** the Findings and Recommendation of the United States Magistrate Judge and **ADOPTS** it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims are **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2) and 42 U.S.C. § 1997e(c)(1).

**New Orleans, Louisiana, this 4th day of February 2020.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**